2

July 3rd, 2018- Here is how bad the censorship is in this country. This is what the Federal Judiciary is protecting. Put this in any search engine and see what comes up: Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Google today, July 3rd 2018, has nothing but on the day it was docketed there were 20 entries.
Do you have any idea how many legal websites there are that follow all court filings? My complaint should have appeared on all of them today.
Court Listener is controlled and funded by our taxpayer dollars via the DOJ. They have been instrumental in censoring me.

Court Listener - From Free Law Project, a 501(c)(3) non-profit.
https://www.courtlistener.com/

Put in under the recap (pacer) tab: Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
https://www.courtlistener.com/docket/7292383/christenson-v-democratic-national-committee/

The documents are free but Court Listener keeps making people go to Pacer and pay for them.

*Started in 2010, CourtListener is a core project of the Free Law Project, a federally-recognized 501(c)(3) public charity and a California non-profit public benefit corporation. Free Law Project seeks to provide free access to primary legal materials, develop legal research tools, and support academic research on legal corpora. CourtListener embodies all of these efforts, as the primary free repository of all the court opinions we have collected, as the platform on which we deploy legal research tools, and as the source of bulk downloads that enable academic researchers to study our collection.*
*We collect legal opinions from court websites and from data donations, and are aiming to have the best, most complete data on the open Web within the next couple years. We are slowly expanding to provide search and awareness tools for as many state courts as possible, and we already have tools for all of the Federal Appeals Courts. For more details on which jurisdictions we support see our coverage page. If you're able to help us acquire more cases, please get in touch.*

There is no longer free speech. The Federal Judiciary has abrogated their responsibility to protect the Constitution and the First Amendment. All of our elections are tampered with. The conclusion of this story is the Genocide of Mankind.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

2018 JUL 10 AM 11:37
SDNY DOCKET UNIT
RECEIVED

Jane Sullivan Roberts
Major, Lindsey & Africa Suite 750
600 Thirteenth Street, N.W.
Washington, D.C. 20005

Nathan Foreman ID: 534939
Louisiana State Penitentiary
17544 Tunica Trace
Angola, LA 70712

Judge John G. Koeltl
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

Judge Colleen McMahon
U.S. Courthouse SDNY
500 Pearl Street
New York, New York 10007-1312

Judge Robert A. Katzmann
Second Circuit
40 Foley Square
New York, NY 10007

Clerk Catherine O'Hagan Wolfe
Second Circuit
40 Foley Square
New York, NY 10007

Clerk
US District Court SD New York
500 Pearl Street
New York, NY 10007-1312

Pro Se Intake Unit
US District Court SD New York
500 Pearl Street, Room 200
New York, NY 10007-1312

Clerk Ruby J. Krajick
U.S. Courthouse SDNY
500 Pearl Street
New York, NY 10007-1312

Chief Judge Carl E. Stewart
5th Circuit Suite 5226
300 Fannin Street
Shreveport, LA 71101-3074

Justice Patrick E. Higginbotham
5th Circuit Room 400
903 San Jacinto Boulevard
Austin, TX 78701-2450

Magistrate Joseph C. Wilkinson, Jr.
500 Poydras Street
Room B409
New Orleans, LA 70130

Clerk Lyle W. Cayce
Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Clerk
Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Judge T. S. Ellis III
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Judge D. Friedrich
US District Court District of
Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Judge E. Sullivan
U. S. District Court District of
Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Judge A. Jackson
U. S. District Court District of
Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Judge R. Moss
U. S. District Court District of
Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Judge Marianne O. Battani
Eastern District of Michigan
231 W. Lafayette Blvd., Room 277
Detroit, MI 48226

THEODORE KACZYNSKI
04475-046 USP Florence
PO BOX 8500
FLORENCE, CO 81226

C RAY NAGIN - 32751-034
FCI Texarkana
P.O. BOX 7000
TEXARKANA, TX 75505

Judge Garland Burrell
Courtroom 10, 13th floor
501 I Street
Sacramento, CA 95814

Updated 10/31/2011 DAC 05:32

An Unedited Synopsis.

Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
(*Book Nine in a nine part series.*)
*Library of Congress LCCN 2011940256*
*ISBN 978-0-9846893-0-9 Hardback*
*ISBN 978-0-9846893-1-6 EBook*

<u>Factual, documented and verifiable</u> account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press. Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **<u>The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.</u>** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for

11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

## The Department of Justice classified Captain David Andrew Christenson as a terrorist.

This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

The United States Military killed, executed and murdered Americans during Hurricane Katrina and after. A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next

star and were forced to retire. Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because <u>The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat</u>. Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin. After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm. To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.