# Personal and Confidential to: Judge Colleen McMahon

RECEIVED
2018 SEP 14  AM 10: 37

Senator Bill Nelson
716 Senate Hart Office Building
Washington, DC 20510

**This is a very important document about Justice Brett Kavanaugh. Read the first attachment (only page 1 of 33 pages is included) which is a letter to Judge Brett Kavanaugh/Amended Emergency Motion for Reconsideration of Order of Dismissal and Civil Judgement. Judge McMahon took the letter to Judge Kavanaugh, which was the second page, and placed it as the first page. The letter is date time stamped as July 13th, 2018 but not placed into the pubic docket until September 6th, 2018. The docket is attached and the letter and its 33 pages are docket item 19.**

> *Two facts which the you know to be true. Mankind will cease to exist by October 12th, 2050 and suicides will outnumber births in the next few decades. These facts are not prophecies or predictions but mathematically certainties. Do the simple math.*

This case, Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York, was filed on June 26th, 2018 and dismissed by Judge Colleen McMahon two days later on June 28th, 2018. The case mirrors the Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York. 50 of my pleadings have been filed in the DNC case. Read the complaint about Chief Justice John Roberts and his wife, Jane Sullivan Roberts, and me. They are covering up the truth.

Judge McMahon had no legal, ethical or moral obligation to docket my pleadings on September 6th, 2018. Docket line items 18, 19 and 20. She has returned all of my pleadings until now. The court dockets everything I send them in the secret, for judge's eyes only, non-public docket. When you review a docket, you will notice that some docket numbers are skipped. **This is true Nazi Censorship.**

Docket 18 is titled: Emergency Motion for Reconsideration of Order of Dismissal and Civil Judgement and is 26 pages (only the first page is attached). What is very unusual about this pleading is that it contains pleadings filed with the Second Appeals Circuit – Appeal Memorandum July 11th, 2018, Amended Notice of Appeal and a **personal letter by me to Chief Justice Robert A. Katzmann**. There is also a "Fourteen Amended Petition for Rehearing" filed with the Supreme Court on October 20th, 2015. The title is "Suicide Strong". Writ 14-10077 can be found at Amazon.com or Barnes & Noble and is titled: The Supreme Court Murdered Mankind Writ 14-10077 The Katrina Virus. My other books are there as well.

Docket 19 is titled: (Letter to:) Judge Brett Kavanaugh and is 33 pages (only the first page is attached). Judge McMahon consolidated pleadings from other courts. Received July 13th, 2018 and docketed September 6th, 2018.

Docket 20 is not even a pleading and is titled: Personal and Private letter to: Judge Colleen McMahon and is six pages (only the first page is attached). Received July 13th, 2018 and docketed September 6th,

2018. Read page 5. My book, The United States Supreme Court and The Katrina Virus, and all references to the book and me were removed (censored/sanitized) from the Library of Congress. The book has a Library of Congress of Control Number (LCCN).

Godspeed

Sincerely,


David Andrew Christenson
Box 9063 Miramar Beach
Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

To: Clerk SDNY

RECEIVED
SDNY DOCKET UNIT
2018 SEP 14 AM 10: 37

RECEIVED
SDNY DOCKET UNIT
2018 JUL 13 AM 10: 57

July 10th, 2018

Judge Brett Kavanaugh
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

18-cv-5769

Please recuse yourself from consideration for being a Supreme Court Justice. You are directly responsible for the Genocide of Mankind. Math, time and the Russians will ensure that the truth comes out. You should be criminally charged and tried for Crimes Against Humanity. I have sent you a plethora of letters via US Mail (First Class and Priority) and emails. My communications with you date back to 2012. I am a notorious communicator and I keep records of everything.

Review the title of the email dated 12/12/2014. I sent you the Secret Grand Jury Testimony that confirmed that Kenyon International Emergency Services removed the contaminated (The Katrina Virus) corpses from New Orleans after Hurricane Katrina. (The DC Appeals sealed the pleading/Grand Jury Testimony transcript but it can be found in other courts) (Detective/Captain Waguespack talked about how the New Orleans Homicide Division concentrated on suicides. He didn't know what he was saying.)

I appointed Chief Justice Merrick Garland as the Executor of my will. You received a copy via US Mail and email as well as the court docket in two different appeals that I filed and that you ruled on. Each appeal had 100 plus pleadings that I filed. You allowed the appeals to stay open and active for close to a year. The Department of Justice never responded even after being ordered to do so. You were privately told by the DOJ about what happened in New Orleans and told that you had to cover up the Genocide of Americans and you did. Your reward is the same as Judge Merrick Garland's, A Supreme Court Nomination. You are a true "Sunarcissist". You have chosen suicide over honor and with it the Genocide of Mankind. Chief Justice John Roberts approved Obamacare because of this and a personal appeal by President Barrack Obama.

Senator Rand Paul v. President Barrack Obama Movant/Appellant David Andrew Christenson USCA Case #14-5212 Document #1550486 Filed: 05/04/2015 Page 1 of 1
Larry Klayman v. President Barrack Obama Movant/Appellant David Andrew Christenson USCA Case #14-5207 Document #1550482 Filed: 05/04/2015 Page 1 of 1

Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Andrew Christenson,<br>All Americans<br><br>Plaintiff,<br><br>v.<br><br>Democratic National Committee,<br>Republican National Committee<br>Donald J. Trump for President Inc.<br>Democratic Party<br>Republican Party<br>President Donald Trump<br>President Barack Obama<br>John Does 1-999 | Civil Action No. 1:18-cv-05769<br><br>Racketeer Influenced and<br>Corrupt Organization Act (RICO)<br><br>Class Action Complaint<br><br>Judge Colleen McMahon<br><br>Jury Demand |

Emergency Motion for Reconsideration of Order of Dismissal and Civil Judgement

[The last page is a pleading that I filed with the Supreme Court. My sister Andrea first attempted suicide in 1976. My sister Jill successfully committed suicide in 2008. I have tried to make a difference.]

Someone has to represent the American People. 98% of America is unrepresented. We have the 1% on the left and 1% on the Right and then there is me, the soldier that everyone has to silence. Nobody wants to talk about the 800-pound gorilla in the room and that is the destruction of our civilization. No civilization, and that includes the great ones, have survived. What makes us think, arrogantly, we can survive when we have censorship? What makes us think we can survive when we don't have the "rule of law"? This is a time where the "Interests of Justice" should prevail on behalf of the American People.

Think about this. We are 20 Trillion Dollars in debt and increasing that debt every year by 1 Trillion Dollars. In the next few years the interest expense will exceed what we spend on National Defense. How do we pay for our medical care? We are at epidemic rates/levels for Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza and Pneumonia deaths, etc. All are connected to a degraded Immune System(s). We must have an uncensored dialogue about vaccinations and the long-term harm they do to our immune system(s). Our Government has turned us into "Bubble People", a vaccination for everything.

In between the time I mail this pleading and you receive it over 125 soldiers and veterans will commit suicide. This is so unimportant that a President, any President, past or present, has never attended a memorial for our veterans that committed suicide. More veterans will commit suicide in the next 8 years than have died in combat since World War II. What people don't see is the fact that during the same time frame 375 military family members will commit suicide. Each suicide represents the loss of 6 people that could procreate and that is what makes this even more important to the survival of Mankind. In these few days we lost 3000 people that could procreate. This is a precursor for all of us.

18 CV 5769

RECEIVED

## Personal and Private letter to: Judge Colleen McMahon

2019 SEP -6  AM 10: 54

Why was Chief Judge Kurt Engelhardt, of the Eastern District of Louisiana, nominated and confirmed for the Fifth Circuit? Surely you have thought of this question. Was it a reward? Was it a move to provide protection for the cover-up? I wonder if he has told his fellow Fifth Circuit Judges the truth? I wonder if he has told them about the suicide epidemic and how it will affect their children and grandchildren. My fight to save my country and mankind has been criminally stymied many times by Judge Kurt Engelhardt. Attached are two of the first letters that I sent him.

There are links to three articles below. Two of the articles were published yesterday, just yesterday. If you try you can see the truth and that is medicine and therapy do not work for an epidemic that increases every year and what is worse is that it has become a life choice and it is contagious. Mathematically Suicides will outnumber births in the next few decades. Federal Desensitizing Propaganda works very well and it works very well on Judges. You have become immune to the true realities of the world. You also are worrying about the wrong stuff.

- If we are to survive you have to change the narrative and change it soon.
- The Judge sitting next to you is responsible for the murder of your family.
- Federal Judges commit suicide. Suicide over honor. "A sunarcissist is a narcissist who chooses suicide over honor."
- We must tell the truth if we are to survive. Our for-profit media is more worried about Trumps' sex life then mankind.

Montana had the highest suicide rate in the country. Then budget cuts hit.
Suicide has been a persistent problem in Montana — and it's getting worse. Now, some who have lost loved ones are mobilizing to stop the deaths.
by Phil McCausland, Elizabeth Chuck and Annie Flanagan / Aug.28.2018 / 10:11 AM ET
https://www.nbcnews.com/news/us-news/montana-had-highest-suicide-rate-country-then-budget-cuts-hit-n904246
Boy, 9, Killed Himself After Being Tormented by Bullies, His Mom Says by Julie Turkewitz
Aug. 28, 2018 https://www.nytimes.com/2018/08/28/us/jamel-myles-suicide-denver.html?emc=edit_th_180829&nl=todaysheadlines&nlid=654609360829
*I am the reason that the Rand Corporation conducted the study. There is a paper trail.*
New Orleans suicides skyrocketed after Katrina. Here's where we are now
Updated Apr 5, 2018; Posted Mar 29, 2018
https://www.nola.com/health/index.ssf/2018/03/new_orleans_suicide_data.html

My book, The United States Supreme Court and The Katrina Virus, was written in 2011.

Godspeed. - Sincerely,
David Andrew Christenson
Box 9063 Miramar Beach, Florida 32550
504-715-3086 davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

CLOSED,APPEAL,ECF,PRO-SE,SUA-SPONTE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18-cv-05769-CM

Christenson v. Democratic National Committee et al
Assigned to: Judge Colleen McMahon
Cause: 18:1964 Civil Remedies: Racketeering (RICO) Act

Date Filed: 06/26/2018
Date Terminated: 06/28/2018
Jury Demand: None
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2018 | 1 | COMPLAINT against Democratic National Committee, Democratic Party, Donald J. Trump For President Inc., John Does 1-999, Barack Obama, Republican National Committee, Republican Party, Donald Trump. Document filed by David Andrew Christenson.(rdz) (Entered: 06/27/2018) |
| 06/26/2018 | | Case Designated ECF. (rdz) (Entered: 06/27/2018) |
| 06/28/2018 | 2 | ORDER OF DISMISSAL. The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff's complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff's request for consolidation is denied as moot. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). (Signed by Judge Colleen McMahon on 6/28/2018) (rjm). (Entered: 06/29/2018) |
| 06/28/2018 | | NOTICE OF CASE REASSIGNMENT - SUA SPONTE to Judge Colleen McMahon. Judge Unassigned is no longer assigned to the case. (rjm) (Entered: 06/29/2018) |
| 06/28/2018 | 3 | CIVIL JUDGMENT. IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Courts judgment would not be taken in good faith. IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket. SO ORDERED. (Signed by Judge Colleen McMahon on 6/28/2018) (rjm) (Entered: 06/29/2018) |
| 06/28/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 3 Judgment - Sua Sponte (Complaint), 2 Order of Dismissal to the Docket Assistant Clerk for case processing. (rjm) (Entered: 06/29/2018) |
| 06/29/2018 | | Mailed a copy of 3 Judgment - Sua Sponte (Complaint), 2 Order of Dismissal to David Andrew Christenson Box 9063 Miramar Beach, FL 32550 with right to appeal forms attached. (mhe) (Entered: 06/29/2018) |
| 07/06/2018 | 4 | MOTION FOR RECONSIDERATION; re: 3 Judgment - Sua Sponte (Complaint). Document filed by David Andrew Christenson.(sc) (Entered: 07/10/2018) |
| 07/06/2018 | 14 | NOTICE OF APPEAL from 2 Order of Dismissal, 3 Judgment - Sua Sponte (Complaint). Document filed by David Andrew Christenson. Form D-P is due within 14 days to the Court of Appeals, Second Circuit. (tp) (Entered: 07/20/2018) |
| 07/06/2018 | | Appeal Fee Due: for 14 Notice of Appeal. Appeal fee due by 7/20/2018. (tp) (Entered: 07/20/2018) |
| 07/06/2018 | | Appeal Remark as to 14 Notice of Appeal filed by David Andrew Christenson. IFP DENIED 06/28/2018. (tp) (Entered: 07/20/2018) |
| 07/10/2018 | 5 | LETTER from David A. Christenson, re: Plaintiff writes that the Court read this for Mankind and please do what it can. Document filed by David Andrew Christenson.(sc) (Entered: 07/13/2018) |

| | | |
|---|---|---|
| 07/10/2018 | 10 | LETTER from D. Christenson, dated 7/3/18 re: Plaintiff writes that Court Listener is controlled and funded by our taxpayer dollars via the DOJ; and that they have been instrumental in censoring him. Document filed by David Andrew Christenson.(sc) (Entered: 07/13/2018) |
| 07/10/2018 | 13 | LETTER from David Christenson re: Plaintiff writes that the Clerk read this for Mankind and to please do what he can. Document filed by David Andrew Christenson.(sc) (Entered: 07/16/2018) |
| 07/11/2018 | 7 | LETTER from David Christenson, re: Plaintiff writes that the documents are free, but Court Listener keeps making people go to Pacer and pay for them. Document filed by David Andrew Christenson.(sc) (Entered: 07/13/2018) |
| 07/11/2018 | 8 | LETTER addressed to Judge Colleen McMahon from D. Christenson, re: Plaintiff writes to the Court to read this for Mankind and please do what you can. Document filed by David Andrew Christenson.(sc) (Entered: 07/13/2018) |
| 07/11/2018 | 9 | LETTER addressed to Judge Colleen McMahon from David Christenson, dated 7/2/18 re: Plaintiff writes that the victory for the American people came in having the complaint in the public docket; that the complaint was a deterrent; and that it was a class-action RICO complaint etc. Document filed by David Andrew Christenson.(sc) (Entered: 07/13/2018) |
| 07/11/2018 | 11 | LETTER addressed to Judge Colleen McMahon from D. Christenson, dated 7/3/18 re: RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT(RICO)/ APPEAL MEMORANDUM. Document filed by David Andrew Christenson.(sc) (Entered: 07/13/2018) |
| 07/12/2018 | 12 | LETTER addressed to Judge Colleen McMahon from David A. Christenson, dated 7/8/18 re: RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT(RICO)– EMERGENCY LETTER. Document filed by David Andrew Christenson.(sc) (Entered: 07/16/2018) |
| 07/13/2018 | 6 | LETTER addressed to Judge Colleen McMahon from D. Christenson re: RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT(RICO)/EMERGENCY LETTER. Document filed by David Andrew Christenson.(sc) (Entered: 07/13/2018) |
| 07/13/2018 | 15 | AMENDED NOTICE OF APPEAL re: 14 Notice of Appeal, 2 Order of Dismissal, 3 Judgment – Sua Sponte (Complaint). Document filed by David Andrew Christenson. (tp) (Entered: 07/20/2018) |
| 07/13/2018 | 19 | LETTER from David Christenson, dated 7/10/18 re: RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT(RICO) – AMENDED EMERGENCY MOTION FOR RECONSIDERATION OF ORDER OF DISMISSAL & CIVIL JUDGMENT. Document filed by David Andrew Christenson.(sc) (Entered: 09/06/2018) |
| 07/17/2018 | 18 | LETTER addressed to Judge Colleen McMahon from David Christenson, re: EMERGENCY MOTION FOR RECONSIDERATION OF ORDER OF DISMISSAL & CIVIL JUDGMENT. Document filed by David Andrew Christenson.(sc) (Entered: 09/06/2018) |
| 07/20/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 14 Notice of Appeal. (tp) (Entered: 07/20/2018) |
| 07/20/2018 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 14 Notice of Appeal filed by David Andrew Christenson were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/20/2018) |
| 07/20/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 15 Amended Notice of Appeal. (tp) (Entered: 07/20/2018) |
| 07/20/2018 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 15 Amended Notice of Appeal filed by David Andrew Christenson were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/20/2018) |
| 07/25/2018 | 16 | NOTICE OF STAY OF APPEAL re: 15 Amended Notice of Appeal, 14 Notice of Appeal. A notice of appeal was filed in this case on 7/06/2018. Since at least one |

| | | |
|---|---|---|
| | | motion cited in F.R.A.P. 4(a)(4) has been filed in the district court, this appeal is stayed pending resolution of the motion(s). USCA Case # 18-2145. (nd) (Entered: 07/25/2018) |
| 07/31/2018 | 17 | ORDER denying 4 Motion for Reconsideration. Plaintiff's motion for reconsideration is denied. The Court cautions Plaintiff not to continue submitting frivolous or duplicative documents in this closed case. The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). (Signed by Judge Colleen McMahon on 7/31/2018) (mro) (Entered: 08/01/2018) |
| 07/31/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 17 Order on Motion for Reconsideration, to the Docket Assistant Clerk for case processing. (mro) (Entered: 08/01/2018) |
| 08/01/2018 | | Mailed a copy of 17 Order on Motion for Reconsideration, to David Andrew Christenson Box 9063 Miramar Beach, FL 32550. (vba) (Entered: 08/01/2018) |
| 09/06/2018 | 20 | LETTER addressed to Judge Colleen McMahon from David A. Christenson, re: PERSONAL AND PRIVATE LETTER TO: JUDGE COLLEEN MCMAHON. Document filed by David Andrew Christenson.(sc) (Entered: 09/06/2018) |

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

RECEIVED
SDNY DOCKET UNIT
2018 SEP 14  AM 10: 36

USMJ P3
SDNY

Judge Colleen McMahon
U.S. Courthouse SDNY
500 Pearl Street
New York, New York 10007-1312

10007-131699