Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon
Movant David Andrew Christenson
August 14th, 2020

Motion for Leave to File Amicus 52 – [**GODSPEED.**] **The Electoral College is the key to saving Mankind. The epiphany that I just had is that Judges/Attorneys are needed to draft the agreements for a brokered Electoral College. Those Judges/Attorneys are you because you gave me a voice and thus Mankind a voice.** (Attached: the last paragraph of my book.)

This is disjointed and incoherent, but think about the ideas. I am writing as I am thinking about this.

**YOU ARE SIGNATURES TO SOMETHING THAT WAS 244 YEARS IN THE MAKING.**
(Updated case list with Judges)

Did God whisper to you about me and that is why you gave me a voice?

90% of you did not.

The steering committee will be comprised of Judges Koeltl, Ungaro, Kinkeade, Garaufis, McMahon and Rosenthal. They will decide, in conjunction with you, where your talents are best needed. You all are going to write a mini Constitution of sorts. (The Judiciary will no longer be subservient and will take its rightful and equal place within our Republic.) (Jane Roberts, wife of the Chief Justice, could help. Her expertise is in attorney placement. You all will need clerks.)

All we need to do is get me, or someone, on some of the ballots and get 10 of the 538 Electoral College votes. In 2016 seven Electoral College votes went to other candidates besides Trump and Clinton. If no one gets 270 votes we could change the course of history.

**This is very important. Pick someone else besides me and I will give you my unconditional support. Mankind comes first.**

This pleading was about my quitting and then God gave me this idea. Make it so the Presidential Candidates don't get the 270 Electoral Votes. We save the Republic.

We turn the Electoral College into a quasi-Presidential/Constitutional Convention. If you want to be President you need to abide by the will of the people and act Presidential. No lying to the people, etc. The sky is the limit. We get to center the pendulum. We get to fix the mistakes from the first 244 years of the Republic. (I must be on some real drugs to think that this can work.)

[I made mistakes but I am not wrong. - It is time for me to quit. Do you know how I know that it is time to quit? I am thinking more and more about buying guns and I hate guns. I would lay my life down for the Secondment Amendment but I don't want to own any guns. The military made me an expert

marksman and it was during that time that I developed an aversion to guns. Buying a gun means I failed in my quest to save Mankind.]

We are entering a nuclear winter.

Did you know that I filed an application with the Federal Election Commission to run for President? It is not that I want to be President but I want to make a difference. My Political Action Committee is called: The Reluctant Patriot (TRP).

**The Electoral College is the key to making a difference**, saving Mankind and honoring the Constitution. Remember we are a Republic and not a true Democracy. Five Presidents have lost the popular vote but won the Electoral College vote.

(Jonathan Swift: *"When a true genius appears, you can know him by this sign: that all the dunces are in a confederacy against him."*)

Filed in the following cases:

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
5. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
6. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
7. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
8. Terminated July 6th, 2020. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
9. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314
10. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
11. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
12. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

13. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
14. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
15. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York John George Koeltl
16. Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York Judge Colleen McMahon
17. Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon Judge Ann L. Aiken
18. Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York Judge Lorna Gail Schofield
19. State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York Judge Nicholas Garaufis

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on August 14th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.



062S0007704336

$0.500
US POSTAGE
FIRST-CLASS
FROM 07601
AUG 10 2020
stamps
endicia

HALSBAND LAW OFFICES
Court Plaza South
21 Main Street
East Wing, Third Floor
Hackensack, NJ 07601



Honorable Colleen McMahon
Chief Judge of the United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007-1316



RECEIVED
AUG 24 2020
PRO SE OFFICE

Courtesy Copy